UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOHN GARY HARDWICK, JR.,

        Plaintiff,

v.                                  Case No. 3:07-cv-646-J-25HTS

RANDALL BRYANT, etc.; et al.,

        Defendants.

## ORDER

1. The **Clerk of the Court** is directed to administratively close this case.

2. Plaintiff shall file a motion to reopen this case within **TWENTY-EIGHT (28) days** after a final decision has been rendered in John Gary Hardwick's habeas case, Case No. 3:95-cv-250-J-25. Failure to do so will result in the dismissal of this case without further notice.

**DONE AND ORDERED** at Jacksonville, Florida, this 26 day of April, 2010.

                                            UNITED STATES DISTRICT JUDGE

sa 4/12
c:
Counsel of Record